**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LORI BETH PIGG, ) | Case No.     14-50266 |
| ) | |
| Debtor. ) | |
| ) | |
| BRUCE E. STRAUSS, TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| AMY CHRISTIAN ) | |
| 28933 175TH STREET, LOT 2 ) | |
| UNIONVILLE, MISSOURI 63565 ) | |
| ) | |
| Defendant. ) | |

**COMPLAINT TO RECOVER PREFERENTIAL TRANSFER**

Comes now, Bruce E. Strauss, Plaintiff, and Trustee in the above-captioned bankruptcy estate, and for his Complaint To Recover Preferential Transfer states and alleges as follows:

1. That Plaintiff/Trustee is the duly qualified and acting trustee of the above-named Debtor who filed for protection under Chapter 7 of the United States Bankruptcy Code on May 30, 2014.

2. That the Defendant, the sister of Debtor, Lori Beth Pigg, is an individual residing at the above stated address and can be served at that address.

3. This court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§157, 1334 and 11 U.S.C. § §547 and 548.

4. That this is a core proceeding under 28 U.S.C. § 157 (b)(2)(F)

Document      Page 2 of 2

5. That the Debtor's statement of financial affairs, as amended on September 2, 2014, indicates a payment in the amount of $2,000.00 was made to Amy Christian in February, 2014, during the 12 month period prior to the filing of the bankruptcy petition.

6. That such payment is preferential pursuant to 11 U.S.C. §547 in that the payment was made upon an antecedent debt owed by the Debtor, that at the time of the transfer the Debtor was insolvent, and that the payment enabled the Defendant to receive more than she would have received under Chapter 7 of the Bankruptcy Code if the transfer had not been made.

7. That by reason of the foregoing, Plaintiff/Trustee Bruce E. Strauss is empowered to avoid and recover the transfer totaling $2,000.00 from Defendant Amy Christian.

WHEREFORE, Plaintiff/Trustee prays for the award of a judgment against Defendant Amy Christian in the amount of $2,000.0 together with interest and all costs, including the adversary filing fee of $350.00, and for such other and further relief as the court deems just.

Dated:  September 25, 2014

**MERRICK, BAKER & STRAUSS, P.C.**

**By:** /s/ bruce e. strauss
　　　**BRUCE E. STRAUSS    MO#26323**
　　　**1044 Main Street, Suite 500**
　　　**Kansas City, MO 64105**
　　　**Telephone:   (816) 221-8855**
　　　**Facsimile:    (816) 221-7886**
　　　**Email:bruces@merrickbakerstrauss.com**
　　　**TRUSTEE**