7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Lori Beth Pigg
*Debtor*

*Bankruptcy Case No.*
14−50266−can7

**Bruce E. Strauss, Trustee**
   Plaintiff(s)

*Adversary Case No.*
14−05019−can

v.

**Amy Marie Christian**
   Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that Plaintiff Bruce E. Strauss', Motion for Entry of Default Judgment is granted; and
IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a default judgment be entered against Defendant Amy Marie Christian, in the amount of $1,900.00; court costs of $350.00; pre−judgment interest from September 25, 2014, the date of the filing of the complaint with interest continuing to accrue at the rate of ten percent per annum from and after the date of judgment.



      Ann Thompson
      Court Executive

      By: /s/ Jamie McAdams
          Deputy Clerk

Date of issuance: 12/10/14

Court to serve